**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00966-CR

**SALVADOR MORA CERVANTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-61624-L**

## ORDER

The Court **REINSTATES** the appeal.

On May 8, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Kathleen Walsh; (3) Ms. Walsh's explanation for the delay in filing appellant's brief is due to her workload; and (4) Ms. Walsh requested thirty days from the June 3, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, JULY 7, 2014**. Because the brief is already two months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE